U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

APR 1 2 2013

TONY R. MOORE, CLERK
BY _____
                DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**CLAYTON GREENE**                                    **CIVIL ACTION 11-01243**
**La. Doc. #502577**

**VERSUS**                                                **JUDGE RICHARD T. HAIK**

**LYNN COOPER, WARDEN**                       **MAGISTRATE JUDGE HILL**

## JUDGMENT

Clayton Greene's Petition for Writ of Habeas Corpus Pursuant to Title 28 U.S.C. § 2254 [Rec. Doc. 1] was referred to United States Magistrate Judge C. Michael Hill for report and recommendation. After an independent review of the record, and consideration of the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED** that Clayton Greene's Petition for Writ of Habeas Corpus Pursuant to Title 28 U.S.C. § 2254 is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** on this 11th day of April, 2013 in Lafayette, Louisiana.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE